**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RICHARD HAERTLEIN,

       Plaintiff,

v.                                                                    No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

       Defendants.

<u>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**</u>

      **THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Tuesday, February 2,**

**2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at

(877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be

connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE