**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RICHARD HAERTLEIN,

    Plaintiff,

v.                                        No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

    Defendants.

### ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Extend Deadlines* (the "Motion"), (Doc. 45), filed March 16, 2021. In the Motion, Defendants explain that they have been "unable to obtain pertinent medical records from Texas due to the COVID-19 pandemic and the recent freeze" which has resulted in a "delay of expert review" of those records. (Doc. 45 at 1). Defendants also state that they need more time to schedule depositions. *Id.* As a result, the parties request to modify the dates and deadlines set forth in the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 25). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 25), shall be modified as follows:

1. The deadline for Defendant to submit expert reports shall be extended to **March 30, 2021**;

2. The deadline for completion of discovery shall be extended to **May 17, 2021**;

3. The deadline for pretrial motions not relating to discovery shall be extended to **June 17, 2021**.

All other deadlines contained in the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 25), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE