IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

    Plaintiff,

v.        No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

    Defendants.

### ORDER GRANTING SECOND MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Defendants' *Second Unopposed Motion to Extend Deadlines* (the "Motion"), (Doc. 51), filed March 30, 2021. In the Motion, Defendants explain that they have "remained unable to obtain some of the pertinent medical records from Texas due to the COVID-19 pandemic and the recent freeze" with the result that "expert review of the complete records has been further delayed." (Doc. 51 at 2). As a result, the parties request to modify the dates and deadlines set forth in the Court's *Order Granting Motion to Extend Deadlines*, (Doc. 46). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 25), shall be modified as follows:

1. The deadline for Defendant to submit expert reports shall be extended to **June 30, 2021**;

2. The deadline for completion of discovery shall be extended to **August 17, 2021**;

3. The deadline for pretrial motions not relating to discovery shall be extended to **September 17, 2021**.

All other deadlines contained in the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 25), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE