IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

    Plaintiff,

v.                                                                                  Civ. No. 20-796 GBW/CG

AMERIFIELD, INC., *et al.*,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's Proposed Findings and Recommended Disposition (the "PFRD"), filed April 6, 2021. *Doc. 55*. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's Opposed Motion for Leave to Amend Complaint (*doc. 40*) be granted. *Doc. 55* at 7. The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 7. No objections have been filed and the deadline of April 20, 2021, has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Plaintiff's Opposed Motion for Leave to Amend Complaint (*doc. 40*) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his Amended Complaint as a separate entry on the docket by **no later than May 5, 2021**.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**