expedi**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RICHARD HAERTLEIN,

      Plaintiff,

v.                                                                 No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon Plaintiff's *First Motion to Compel Amerifield, Inc.*, (Doc. 81), filed July 22, 2021. **IT IS HEREBY ORDERED** that Defendant may file a Response to Plaintiff's Motion by **July 30, 2021**. Plaintiff may file a Reply in support of his Motion by **August 4, 2021**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE