IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

        Plaintiff,

v.                                                                                              No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

        Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff Richard Haertlein's *First Motion to Compel Amerifield, Inc.* (the "Motion"), (Doc. 81), filed July 22, 2021; and his *Amended First Motion to Compel Amerifield, Inc.*, (Doc. 85), filed July 27, 2021, which includes his exhibits. In the Motion, Plaintiff requests that the Court compel Defendant Amerifield, Inc. to provide complete discovery responses to two requests for production which ask for "reports and log books for the trailer and the tractor, as well as trip reports." (Doc. 85 at 1).

**IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Wednesday, August 11, 2021, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE