**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RICHARD HAERTLEIN,

       Plaintiff,

v.                                       No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

       Defendants.

**ORDER RESETTING MOTION HEARING**

      **THIS MATTER** is before the Court on review of the record. **IT IS HEREBY**

**ORDERED** that the Motion hearing scheduled for **Wednesday, August 11, 2021, at**

**10:30 a.m.**, (Doc. 91), will be conducted via Zoom.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE