### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

      Plaintiff,

v.                                                      No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

      Defendants.

### ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court upon the Motion Hearing held on August 11, 2021. **IT IS HEREBY ORDERED** that the deadlines set forth in the Court's *Scheduling Order*, (Doc. 25), and subsequent orders amending the *Scheduling Order*, (Doc. 46); (Doc. 57), shall be modified in order to accommodate the exchange of disclosures discussed at the Motion Hearing as follows:

1. Discovery to terminate by **October 1, 2021**;

2. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **October 15, 2021**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **November 1, 2021**;[1]

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.

2

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE