# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

    Plaintiff,

v.                         No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

    Defendants.

## ORDER GRANTING DEFENDANT ASSAD ABBAS'S MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendant Assad Abbas's *Motion to Compel* (the "Motion"), (Doc. 94), filed August 6, 2021; Plaintiff's *Response in Opposition to Defendant Assad Abbas's Motion to Compel* (the "Response"), (Doc. 95), filed August 9, 2021; and Defendant Assad Abbas's *Notice of Completion of Briefing*, (Doc. 96), filed August 10, 2021. The Court, having considered the Motion, the parties' briefing, the law, and counsels' arguments at a telephonic hearing held on August 11, 2021, finds that the Motion shall be **GRANTED**.[1]

**IT IS THEREFORE ORDERED** that Defendant Assad Abbas's *Motion to Compel*, (Doc. 94), is **GRANTED**, and Plaintiff is **COMPELLED** to produce his tax returns for the years 2016, 2017, 2018, 2019, and 2020 by no later than **September 13, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] At the hearing, counsel for Defendant Assad Abbas orally withdrew that portion of the Motion which requested attorney fees. *See* (Doc. 97 at 1).