IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

    Plaintiff,

v.                                            No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

    Defendants.

### ORDER RESETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled pre-settlement status conference set for **Thursday, September 2, 2021, at 2:00 p.m.** is **RESET** for **Tuesday, August 31, 2021, at 11:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE