IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD HAERTLEIN,

    Plaintiff,

v.                                          No. CV 20-796 GBW/CG

AMERIFIELD, INC., et al.,

    Defendants.

### ORDER RESETTING SETTLEMENT CONFERENCE

This matter is before the Court upon review of the record. Due to the new policies created in response to the Covid-19 pandemic, the upcoming settlement conference set for **September 9, 2021**, **at 9:00 a.m.**, will be held **via Zoom**.

**IT IS THEREFORE ORDERED** that by **Tuesday, August 31, 2021**, each party shall provide to the Court the email addresses and phone numbers for all participants in the settlement conference. This contact information will be used to send the invitation to attend the settlement conference via Zoom. This information may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

<u>Participating via Zoom</u>

In order to participate via Zoom, each of you (and any other individual participating) will need to have the Zoom app installed on your computer or smart phone.  You can download the app for free at [https://zoom.us](https://zoom.us).

**Zoom device requirements:**

1. An internet-enabled device with a camera and mic, such as a tablet, smartphone, or computer.
2. An internet connection – broadband wired or wireless (3G or 4G/LTE).
3. Speakers and a microphone – built-in or USB plug-in or wireless Bluetooth.
4. A webcam or HD webcam – built-in or USB plug-in.

If you've never used Zoom before, please review the following short instructional videos to become acquainted with the basics:

1. [How to Join a Meeting](#)
2. [Joining & Configuring Audio & Video](#)
3. If you receive a message that you are waiting for the host to start this meeting, it means that the host has not started the meeting. You have successfully connected to Zoom, and the meeting will begin as soon as the host starts the session.

If there is some reason you or your client cannot participate via Zoom, then please contact Chambers at [garzaschambers@nmd.uscourts.gov](mailto:garzaschambers@nmd.uscourts.gov) or call (575) 528-1670 to discuss options.